JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACKSON,<br><br>        Petitioner,<br>vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | Case No. SACV 12-0571-AG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: January 31, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1